■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST DIXON, Appellant.— Motion for leave to prosecute appeal as a poor person granted, provided an appeal has been timely taken. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Jeremiah W. Davern, Esq., Attorney at Law, Plattsburgh, New York is assigned as counsel for appellant. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST LEE GOODMAN, SR., Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. John C. Rafter, Jr., Esq., Attorney at Law, of 5 Broadway, Troy, New York is assigned as counsel for appellant. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ HATTIE WELLS et al., Respondents, v. FLORENCE MERCHANT, Appellant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before August 15, 1960 and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD E. DE GROAT, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Application in all other respects denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ SAUGERTIES SAVINGS BANK, Plaintiff, v. JOHN C. KERNS et al., Defendants.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. ERNEST L. STEDGE, Defendant.— Motion to transfer the trial of a criminal case from the County Court of Tioga County to Supreme Court of some other county. Motion denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ GERTRUDE WEISS, Respondent, v. DAVID MALEN, Also Known as DAVID MELINSKY, Appellant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on on before August 15, 1960 and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.